IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. MIMM, III, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VANGUARD DEALER SERVICES, LLC, )<br>SCOTT IMPORTS, INC., and MARTIN )<br>HONDA, )<br>Defendants. )<br>) | C.A. No. 11-CV-736-GMS |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Counter-Claim Defendant, Donald L. Mimm, III ("Mimm"), Defendant, Counter-Claim Plaintiff, Vanguard Dealer Services, LLC ("Vanguard"), and Defendants Scott Imports, Inc. and Martin Honda (properly identified as Martin Newark Dealerships, Inc. d/b/a Martin Honda)("Martin Honda")(collective the "Parties") by and through undersigned counsel, and subject to the approval of the Court, hereby Stipulate to the Dismissal, with prejudice, of the Complaint and Counter-Claims, in favor of the Settlement Agreement executed on June 14, 2014, with the acknowledgement of the Parties that each of the terms of the Settlement Agreement are binding and any breach thereof shall give rise to monetary damages.

**[Signature Block on the Following Page]**

| MCCARTER & ENGLISH, LLP | REILLY JANICZEK & MCDEVITT PC |
|---|---|
| /s/ *Christopher A. Selzer* | /s/ *R. Stokes Nolte* |
| Christopher A. Selzer, Esq.( DE ID#4305) | R. Stokes Nolte, Esq. (DE ID #2301) |
| Renaissance Center | 1013 Centre Road, Suite 210 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19805 |
| Wilmington, Delaware 19801 | (302) 777-1700 |
| (302) 984-6300 | (302) 777-1705 (fax) |
| (302) 984-6399 (fax) | Counsel for Plaintiff Donald Mimm, III |
| Counsel for Vanguard Dealer Services, LLC | |

RAWLE & HENDERSON LLP

/s/ *William J. Cattie*
William J. Cattie, III, Esq.  (DE ID #953)
300 Delaware Avenue
Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Counsel for Martin Newark Dealership, Inc.

Date: July 21, 2014

SO ORDERED, this 22nd day of July, 2014

_____
UNITED STATES DISTRICT JUDGE